# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:99CR44** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **JUDGMENT** |
| **JESUS M. CAMACHO-LOPEZ** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant.  The defendant's Motion under 28 U.S.C. § 2255, Filing No. 85, is dismissed, with prejudice.

DATED this 25th day of October, 2005.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE